1 In re the Marriage of Jeremy E. Alexander, Appellant, and Malissa Marie Alexander, n/k/a Malissa Marie McAllister, Appellee. No. 20CA1985
Court of Appeals of Colorado, Seventh Division
November 10, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Weld
 County District Court No. 20DR410 Honorable Kimberly B.
 Schutt, Judge
 
 
 
 OPINION
 
 
 PAWAR,
 JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Navarro and Grove, JJ., concur